No. 77–1445. MELENDY v. UNITED STATES POSTAL SERVICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–1446. SOUTHERN CAPITAL CORP. v. SOUTHERN PACIFIC CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–1454. ABERNATHY, ADMINISTRATOR v. SCHENLEY INDUSTRIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–1456. PECK v. DUNN ET AL. Sup. Ct. Utah. Certiorari denied.

No. 77–1461. BERG v. GROWE, SECRETARY OF STATE OF MINNESOTA, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 77–1516. PELTZMAN v. CENTRAL GULF LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 77–1555. BENSABAT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1602. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5737. MATTHEWS ET AL. v. LOCAL UNION No. 3, INTERNATIONAL UNION OF OPERATING ENGINEERS, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–6216. FELLOWS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 77–6218. SMITH, AKA THOMAS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 77–6233. WILMORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.